IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **CRAIG CUNNINGHAM,** | § § | |
| Plaintiff. | § § | |
| vs. | § § | Case No. 4:18-CV-00149-ALM-CAN |
| **AMERICAN FRESH START, LLC; ALI AHMED SALAME,** | § § § | |
| Defendants. | § § | |

## NOTICE OF SETTLEMENT

Defendants American Fresh Start, LLC, and Ali Ahmed Salame, by and through undersigned counsel, hereby notifies the Court that the parties have settled all claims in this action. Pursuant to the Settlement Agreement, the final payment is due to Plaintiff on February 8, 2019. Upon receipt of the final payment, the parties are to enter into an Agreed Order of Dismissal with Prejudice to resolve this matter. Closing documents are to follow in the above styled and numbered cause.

Respectfully submitted this 9th day of January, 2019.

---

**NOTICE OF SETTLEMENT**
**3088391 v1-26264/0002 DRAFTS**

Respectfully submitted,

**GODWIN BOWMAN PC**

By: /s/ Sidney H. Scheinberg
Sidney H. Scheinberg
State Bar No. 17736620
Bruce W. Bowman, Jr.
State Bar No. 02752000
1201 Elm Street, Suite 1700
Dallas, TX 75270
Telephone: (214) 939-4501
Fax: (214)527-3156
Email: SScheinberg@GodwinBowman.com
Email: BBowman@GodwinBowman.com
**Attorneys for American Fresh Start, LLC, and Ali Ahmed Salame**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above foregoing Notice of Settlement has been sent by first class mail to the following parties, this January 9, 2019.

Craig Cunningham
5543 Edmonson Pike, Suite 248
Nashville, TN 37211

By: /s/ Sidney H. Scheinberg
Sidney H. Scheinberg

---

**NOTICE OF SETTLEMENT**
**3088391 v1-26264/0002 DRAFTS**