UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS



| | |
|---|---|
| **CRAIG CUNNINGHAM,**<br>**Plaintiff,**<br><br>v.<br><br>American Fresh Start, LLC, Ali Ahmed Salame<br><br>**Defendant** | §<br>§<br>§<br>§<br>§  Civil Case No. 4:18-cv-0149-ALM-CAN<br>§<br>§<br>§<br>§ |

**Plaintiff's Motion to Dismiss with prejudice**

1. The Plaintiff hereby requests the court dismiss all defendants in this action with prejudice and close the case. The parties have resolved all issues in the case.

Craig Cunningham
Plaintiff,

Pro-se 3000 Custer Road, ste 270-206, Plano, Tx 75075

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **CRAIG CUNNINGHAM,**<br>**Plaintiff,**<br><br>v.<br><br>American Fresh Start, LLC, Ali Ahmed Salame<br><br>**Defendant** | §<br>§<br>§<br>§<br>§  Civil Case No. 4:18-cv-0149-ALM-CAN<br>§<br>§<br>§<br>§ |

**Plaintiff's Certificate of Service**

I hereby certify that a true copy of the foregoing was mailed to the Defendant's attorney of record in this case on 2/12/2019

*/s/ Craig Cunningham*
Plaintiff,

Craig Cunningham, Plaintiff, Pro-se 3000 Custer Road, ste 270-206, Plano, Tx 75075

2/12/2019