# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM § | |
| § | |
| v. § | Civil Action No. 4:18-CV-149 |
| § | |
| AMERICAN FRESH START, LLC, ET AL. § | |

### ORDER OF DISMISSAL

Came on for consideration Plaintiff's "Motion to Dismiss with Prejudice" (Dkt. #42) filed in this cause by Plaintiff Craig Cunningham. The court, having considered the Motion to Dismiss and the Defendants' "Notice of Settlement" (Dkt. #39), determines that the Motion should be **GRANTED**.

It is therefore, **ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss with Prejudice is **GRANTED**. It is further,

**ORDERED, ADJUDGED, and DECREED** that all claims between Plaintiff and the Defendants that were or could have been brought in this action are dismissed with prejudice to the refiling of same. It is further,

**ORDERED, ADJUDGED, and DECREED** that all relief not granted herein is **DENIED**. The Clerk is directed to **CLOSE** this civil action.

**SIGNED this the 21st day of February, 2019.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE